### Malcom Maxwell RYIDU–X, a/k/a Richard Edward Janey, Plaintiff–Appellant,

v.

### MARYLAND DIVISION OF CORRECTION; Stuart O. Simms, Secretary; Mr. Nines, CMS II; S.A. Wilson, CO II, Assistant Coordinator; L.K. Natale, CO II, Defendants–Appellees.

#### No. 01–7810.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 5, 2002.

Malcom Maxwell Ryidu–X, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, David Phelps Kennedy, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Malcom Maxwell Ryidu–X appeals from the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp.2001) complaint because he failed to inform the court of his change of address. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the district court's reasoning. *Ryidu–X v. Maryland Dep't of Correction*, No. CA–01–1759 (D. Md. filed Sept. 24, 2001; entered Sept. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*